19-076

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

THE IUOE LOCAL 57 HEALTH AND WELFARE FUND, James J. White, Chairman, and Stephen A. Cardi, Steven Rogers and Michael D. D'Ambra, Trustees; THE IUOE LOCAL 57 PENSION FUND, James J. White, Chairman, and Antonio B. Cardi, Steven Rogers and Michael A. Gammino, III, Trustees; THE IUOE LOCAL 57 ANNUITY FUND, James J. White, Chairman, and Antonio B. Cardi, Steven Rogers and Michael A. Gammino, III, Trustees; THE IUOE LOCAL 57 LEGAL SERVICE FUND, James J. White, Chairman, and Michael A. Gammino, III, and Steven Rogers, Trustees; THE IUOE LOCAL 57 APPRENTICESHIP FUND, James J. White, Chairman, and Steven Rogers, Stephen A. Cardi and Brad Bilodeau, Trustees; THE IUOE LOCAL 57 UNION ADMINISTRATION FUND, James J. White, Chairman and Steven Rogers, Trustee; THE IUOE LOCAL 57 POLITICAL ACTION AND EDUCATION FUND, James J. White, Chairman, and Steven Rogers, Trustee; THE IUOE LOCAL 57 INDUSTRY ADVANCEMENT FUND, James J. White, Chairman, and Michael A. Gammino III, Trustee; and THE IUOE LOCAL 57
*Plaintiffs*,

v.

C.A. No.: 1:19-cv-00412

ROSCITI CONSTRUCTION COMPANY, LLC

*Defendant*.

### DISMISSAL STIPULATION

Now come the parties in the above referenced caption, and hereby dismiss this matter with prejudice, no cost.

Plaintiffs,
By their attorney,

_____
Ryan C. Hurley (7359)
Kiernan, Plunkett & Redihan LLP
146 Westminster Street, 5th Floor
Providence, RI 02903
T: 401-831-2900
rhurley@kprlaw.com

Defendant,

_____
Rositi Construction Company LLC